NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID W. MAYBERRY,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7136

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-2229, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**ORDER**

David W. Mayberry moves without opposition for a 15-day extension of time, until February 21, 2012, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JAN 3 1 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
    Nicholas Jabbour, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 3 1 2012

JAN HORBALY
CLERK